UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW WILKINS individually, and on behalf of all other similarly situated consumers, | )<br>) Case No: 2:23-cv-05049-KBH<br>)<br>)<br>) STIPULATION OF DISMISSAL |
| Plaintiff, | ) |
| vs. | )<br>) |
| G-STAR RAW ESTORE, INC. | ) |
| Defendant. | |

It is hereby stipulated and agreed by and between counsel for Plaintiff, Andrew Wilkins, and Defendant, G-STAR RAW ESTORE, INC., that the above-entitled action is hereby dismissed against Defendant, G-STAR RAW ESTORE, INC., with prejudice and with each party to bear its own attorneys' fees and costs.

Dated: May 13th, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ Jacob Oslick | /s/ Daniel Zemel |
| JACOB OSLICK | Daniel Zemel, Esq. |
| SEYFARTH SHAW LLP | Zemel Law LLC |
| 620 - 8TH AVE 31ST FL | 660 Broadway, |
| NEW YORK, NY 10018 | Paterson, NJ 07514 |
| 212-218-6480 | Tel: (862) 227-3106 |
| Email: joslick@seyfarth.com | Fax: (973) 282-8603 |
| Attorneys for Defendant | Email: dz@zemellawllc.com |
| | Attorney for Plaintiff, |

APPROVED:

/s/ Hon. Kelley B. Hodge

Dated:  May 15, 2024